1 | Carolyn H. Cottrell (SBN 166977)
  | Esther L. Bylsma (SBN 318935)
2 | **SCHNEIDER WALLACE**
  | **COTTRELL KIM LLP**
3 | 2000 Powell Street, Suite 1400
  | Emeryville, CA  94608
4 | Tel: (415) 421-7100 | Fax: (415) 421-7105
  | ccottrell@schneiderwallace.com
5 | ebylsma@schneiderwallace.com

6 | Attorneys for Plaintiff DAVID DIAZ

7 | EVAN R. MOSES, CA Bar No. 198099
  | evan.moses@ogletree.com
8 | **OGLETREE, DEAKINS, NASH,**
  | **SMOAK & STEWART, P.C.**
9 | 400 South Hope Street, Suite 1200
  | Los Angeles, CA  90071
10 | Telephone:   (213) 239.9800
   | Facsimile:    (213) 239.9045

11

12 | [*Additional Counsel on following page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DIAZ, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>GEORGIA-PACIFIC CORRUGATED LLC,<br><br>            Defendant. | Case No. 2:21-cv-02151 DMG (AFMx)<br><br>**JOINT STIPULATION RE DISMISSAL**<br><br>Complaint Filed:  March 9, 2021<br><br>District Judge:    Hon. Dolly M. Gee<br>                          Courtroom 8C, First St.<br><br>Magistrate Judge: Hon. Alexander F. MacKinnon |

1  KYLE A. WENDE SBN 287728
   kyle.wende@ogletree.com
2  PAUL M. SMITH, CA Bar No. 306644
   paul.smith@ogletree.com
3  Kyle A. Wende, CA Bar No. 287728
   kyle.wende@ogletree.com
4  **OGLETREE, DEAKINS, NASH,**
   **SMOAK & STEWART, P.C.**
5  500 Capitol Mall, Suite 2500
   Sacramento, CA  95814
6  Telephone:   916.840.3150
   Facsimile:    213.840.3159
7
   Attorneys for Defendant
8  GEORGIA-PACIFIC CORRUGATED LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Plaintiff David Diaz ("Plaintiff"), and Defendant Georgia-Pacific Corrugated LLC ("Defendant") (collectively, "the Parties"), hereby stipulate as follows:

WHEREAS, all the claims in the above-captioned action ("Action") were included in a global settlement, along with *McElroy v. Georgia-Pacific Corrugated LLC*, Superior Court of California County of Alameda, Case No. 23CV034158 ("*McElroy* State Action"), *Diaz v. Georgia-Pacific Corrugated LLC*, Superior Court of California County of Alameda, Case No. HG21092866 ("*Diaz* State Action"), and *McElroy v. Georgia-Pacific Corrugated LLC*, United States District Court Central District of California, Case No. 2:22−cv−09159−DMG (AFMx) ("*McElroy* Federal Action") (collectively, "the Georgia-Pacific Actions");

WHEREAS, the parties in the Georgia-Pacific Actions fully executed the Class Action Settlement Agreement and Release ("Settlement") on March 26, 2024;

WHEREAS, for settlement purposes, on April 30, 2024, the parties in the Georgia-Pacific Actions filed a joint consolidated complaint in the *McElroy* State Action, which includes the claims in this Action;

WHEREAS, on December 12, 2024, the Alameda Court in the *McElroy* State Action granted preliminary approval of the Settlement;

WHEREAS, following the Settlement class notice procedure ordered by the Alameda Court, on April 17, 2025, plaintiffs submitted their motion for final approval of the Settlement in the *McElroy* State Action;

WHEREAS, on August 14, 2025, the Alameda Court assessed the Settlement and granted final approval;

WHEREAS, on November 25, 2025, the Alameda Court signed the final approval order and entered Judgment, which is attached as Exhibit A to the Declaration of Esther L. Bylsma, filed concurrently herewith;

WHEREAS, the Effective Date of the Settlement was on November 25, 2025;

WHEREAS, on or around December 16, 2025, Defendant funded the Settlement;

1

The Parties therefore stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action with prejudice, with each party bearing their own attorneys' fees and costs in connection with the dismissal.

DATED: January 15, 2026

SCHNEIDER WALLACE COTTRELL KIM LLP

BY:    /s/ *Esther L. Bylsma*
         Carolyn H. Cottrell
         Esther L. Bylsma

Attorneys for Plaintiff
DAVID DIAZ

DATED: January 15, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

BY:    /s/ *Kyle A. Wende*
         Evan R. Moses
         James T. Conley
         Kyle Wende
         Paul M. Smith

Attorneys for Defendant
GEORGIA-PACIFIC CORRUGATED LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court for the United States District Court, Central District of California, by using the Court's CM/ECF system on January 15, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

*/s/ Karina Garcia-Guillen*