# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DIAZ, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA-PACIFIC CORRUGATED LLC,<br><br>Defendant. | Case No.CV 21-2151-DMG (AFMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [92]** |

Having read and considered the Parties' Stipulation re Dismissal, the Parties having reached a mutually agreeable resolution of all claims in this matter and having entered into a written settlement agreement, and the Court being otherwise fully informed:

IT IS HEREBY ORDERED that the above-captioned action be, and hereby is, dismissed with prejudice, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: January 16, 2026

                                               DOLLY M. GEE
                                   Chief United States District Judge